# United States Bankruptcy Court
## District of Puerto Rico

IN RE:  Case No. **09-11237 ESL**

**ESQUILIN NAVARRO, GERARDO LUIS**  Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

---

PLAN DATED: **1/12/2010**  ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION  Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **500.00** x **60** = $ **30,000.00**
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____

TOTAL: $ **30,000.00**

Additional Payments:
$ ____ to be paid as a LUMP SUM within ____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$ ____ x ____ = $ ____

PROPOSED BASE: $ **30,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,900.00**

Signed: _/s/_ _____
Debtor

Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR  $ ____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. ____  Cr. ____  Cr. ____
# ____    # ____    # ____
$ ____    $ ____    $ ____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **RELIABLE FINANCI**  Cr. ____  Cr. ____
# **A04-626018**   # ____   # ____
$ **20,858.55**    $ ____   $ ____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ____  Cr. ____  Cr. ____
# ____    # ____    # ____
$ ____    $ ____    $ ____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☐ Debtor otherwise maintains regular payments directly to:

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ____
☐ Paid 100% / ☐ Other: ____
Cr. ____  Cr. ____  Cr. ____
# ____    # ____    # ____
$ ____    $ ____    $ ____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
**See Continuation Sheet**

---

_/S/ MARILYN VALDES ORTEGA_
Attorney for Debtor **Marilyn Valdes Ortega Law Offices**   Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

IN RE ESQUILIN NAVARRO, GERARDO LUIS                               Case No. 09-11237 ESL
Debtor(s)

# CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 1 of 1

TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.

ADEQUATE PROTECTION PAYMENT TO RELIABLE FINANCIAL ACCOUNT ENDING NUMBER 6018     UNTIL CONFIRMATION $150.00 TO BE PAID BY TRUSTEE MONTHLY.

INSURANCE TO RELIABLE FINANCIAL ACCOUNT ENDING NUMBER 6018 THROUGH TRIPLE S AT THE END OF SALES CONTRACT IN THE APROXIMATE AMOUNT OF $800.00 DISBURSEMENT TO TRIPLE S INSURANCE TO BEGIN AT END OF THE SALES CONTRACT ON

ANY POST PETITION TAX RETURNS THAT MAY PROSPECTIVELY ARISE FROM ANY TAX REFUND FOR THE DURATION OF THE PLAN WILL BE USED AS NEEDED TO FUND THE PLAN IN ORDER TO MAXIMIZE THE DISTRIBUTION TO GENERAL UNSECURED CREDITORS, AFTER ITS CONFIRMATION AND WITHOUT THE NEED FOR ANY FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED BY THE INCREMENT(S) TO ITS BASE.

ANY CHRISTMAS BONUS IF ANY THAT DEBTOR MAY PROSPECTIVELY RECEIVE FOR THE DURATION OF THE PLAN WILL BE PAID INTO THE PLAN, EXCEPT FOR THE FIRST $1,000.00 DOLLARS AND THOSE AMOUNT REASONABLY NEEDED, WHICH WILL BE CONSULTED WITH THE TRUSTEE, SHOULD NO AGREEMENT BE REACHED WITH THE TRUSTEE IN THIS MATTER DEBTOR WILL MOVE THE COURT ACCORDINGLY, IN ORDER TO MAXIMIZE THE DISTRIBUTION TO GENERAL UNSECURED CREDITORS.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

GERARDO ESQUILIN NAVARRO

Debtor(s)

CASE NO.; 09-11237 ESL

CHAPTER 13 (ASSET CASE)

**CERTIFICATE OF SERVICE**

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13, **PLAN DATED 1/12/2010.**

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 14TH, day of January, 2010.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Alejandro Oliveras Rivera, Esq.,** US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

/S/MARILYN VALDES ORTEGA
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144

```
Label Matrix for local noticing        US Bankruptcy Court District of P.R.    ADVANCE COLLECTION SERVICES, INC.
0104-3                                  U.S. Post Office and Courthouse Building PO BOX 364607
Case 09-11237-ESL13                     300 Recinto Sur Street, Room 109        SAN JUAN, PR  00936-4607
District of Puerto Rico                 San Juan, PR 00901-1964
Old San Juan
Thu Jan 14 15:18:30 AST 2010

CAPITAL ONE                             CENTENIAL DE PUERTO RICO                COLON ATIENZA LEGAL & REPOSSESSION SERV.
C/O Tsys Debt Management                PO BOX 71514                            PO BOX 21382
Po Box 5155                             SAN JUAN, PR  00936-8614                SAN JUAN, PR  00928-1382
Norcross, GA 30091-5155


COMMOLOCO                               CREDIT PROTECTION, L.P.                 DEPARTAMENTO DE HACIENDA
PO BOX 1886                             1355 NOEL ROAD                          PO BOX 9024140
CAROLINA, PR  00984-1886                DALLAS, TX  75240                       OFICINA 424 B
                                                                                SAN JUAN, PR  00902-4140


DEPARTAMENTO DEL TRABAJO                FEDERAL LITIGATION DEPT OF JUSTICE      (p)INTERNAL REVENUE SERVICE
AVE. MUOZ RIVERA 505                    PO BOX 9020192                          CENTRALIZED INSOLVENCY OPERATIONS
HATO REY, PR 00918-3352                 SAN JUAN, PR  00902-0192                PO BOX 21126
                                                                                PHILADELPHIA PA 19114-0326


ISLAND FINANCE                          MIDLAND CREDIT MANAGEMENT, INC.         MONEY EXPRESS
130 EXP. MARTINEZ NADAL 103             8875 AERO DR                            PO BOX 9146
GUAYNABO, PR  00969                     SAN DIEGO, CA 92123-2251                SAN JUAN, PR  00908-0146


MOVIE STAR                              NORFOLK FINANCIAL CORP.                 ONELINK COMMUNICATIONS
PO BOX 71569                            PO BOX 363143                           PO BOX 71496
SAN JUAN, PR  00936-8669                SAN JUAN, PR  00936-3143                SAN JUAN, PR  00936-8596


RELIABLE FINANCIAL SERVICES             ALEJANDRO OLIVERAS RIVERA               GERARDO LUIS ESQULIN NAVARRO
PO BOX 21382                            ALEJANDRO OLIVERAS, CHAPTER 13 TRUS     CALLE 126 CA-22
SAN JUAN, PR  00928-1382                PO BOX 9024062                          JARDINES DE COUNTRY CLUB
                                        SAN JUAN, PR  00902-4062                CAROLINA, PR 00983-2132


MARILYN VALDES ORTEGA                   MONSITA LECAROZ ARRIBAS
VALDES-ORTEGA                           OFFICE OF THE US TRUSTEE (UST)
P O BOX 195596                          OCHOA BUILDING
SAN JUAN, PR 00919-5596                 500 TANCA STREET  SUITE 301
                                        SAN JUAN, PR  00901-1938
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
INTERNAL REVENUE SERVICE
MERCANTIL PLAZA BLDG, ROOM 1014
2 PONCE DE LEON AVE.  STOP 27 1/2
SAN JUAN, PR  00918-1693
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)ESQUILIN NAVARRO, GERARDO LUIS

End of Label Matrix
Mailable recipients    22
Bypassed recipients     1
Total                  23